# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

Bridget M. McCormack,
Chief Justice

159938

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ROMEO WILSON,
        Plaintiff-Appellant,

v

        SC: 159938
        COA: 342477
        Kent CC: 16-008952-NI

DEBRA SUE GABITES and JORDAN GABITES,
        Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the June 18, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020



t0323

Clerk